

# Case Assignment
## Standard Civil Assignment

Case number **3:21CV-326-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 5/21/2021 10:41:24 AM
Transaction ID: 56106

[Request New Judge]   [Return]